# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**PA 2-086-798**
Effective Date of Registration:
September 09, 2016

## Title

Title of Work: Hit Yo Ramin

Nature of Claim: Music and audiovisual work and words

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: January 26, 2013

## Author

- Author: LaMonte Sims
  Pseudonym: Duse M$
  Author Created: Words and music
  Work made for hire: No
  Citizen of: United States
  Year Born: 1978
  Pseudonymous: Yes

- Author: Frank Jones
  Pseudonym: Fingaz
  Author Created: Coauthor of music
  Work made for hire: No
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: LaMonte Sims
12882 Brookdale Street, Victorville, CA, 92392

## Limitation of copyright claim

Material excluded from this claim: THE SONG CONTAINS INTERPOLATIONS OF WHOKIDWOODY "HIT YO RICKY"
Previously registered: No



**lamonte sims <activechuckss@gmail.com>** Aug 17, 2018, 7:22 AM (10 days ago)

to Lduce25

Frank

I Jones does hereby agree to the appointment of ACTIVECHUCKSSENT. / THUGTORIOUS G'S CEO DUSEM'S, LAMONTE DESHAWN SIMS SR AS MY MANAGER. In this capacity DUSEM'S will be able to act as my agent in the registration for copyright of my entire music catalog, and for encoding those works, (ISRC-UPC), and collecting monies owed me, in relation to the publishing of those recordings.

I record under the pseudonym 5*-AOB -NWB-YDM "FINGAZ", this I grant Thugtorious G's all exclusive rights to works that I authored and performed, as well as the audiovisual works.

In return of me relinquishing my exclusive copyright to ACTIVECHUCKSSENT - THUGTORIOUS G's CEO DUSEM'S in assuming managerial responsibilities will be burdened with the registration for copyright, and ensuring that my mechanical royalties and performance royalties are collected. In return I will ceed 20% of royalties to Thugtorious G's.

To enable ACTIVECHUCKSSENT. to perform these services, I relinquish "360"rights, "exclusivity", "electronic transmission "rights, "MERCH"rights ,production and distribution rights in relations to the promotion and marketing of "FINGAZ" entire music catalog.

All other monies aside from the 20% paid to Thugtorious G's, will go to Frank "FINGAZ" "Jones.

I declare under penalty of perjury that all the aforementioned is true to the best of my recollection.

Artist name: Frank Jones date: 8-27-18
Activechuckss CEO:
Date: 8/31/18

# Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = sims lamonte
Search Results: Displaying 1 of 1 entries

[previous] [next]



*Hit Yo Brimin.*

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002086798 / 2016-09-09 |
| **Application Title:** | Hit Yo Brimin. |
| **Title:** | Hit Yo Brimin. |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | LaMonte Sims. Address: 12882 Brookdale Street, Victorville, CA, 92392. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2013-01-26 |
| **Authorship on Application:** | Duse M$, pseud. of LaMonte Sims, 1978- (author of pseudonymous work); Citizenship: United States. Authorship: Words and music. |
| | Fingaz, pseud. of Frank Jones (author of pseudonymous work); Citizenship: United States. Authorship: Coauthor of music. |
| **Pre-existing Material:** | THE SONG CONTAINS INTERPOLATIONS OF WHOKIDWOODY "HIT YO RICKY". |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Sims, LaMonte |
| | Fingaz |
| | Jones, Frank |



[previous] [next]



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▼   Format for Print/Save |
| Enter your email address: | Email |