A. JUSTIN LUM, State Bar No. 164882
ajlum@lumlawgroup.com
**LUM LAW GROUP**
2502 East Washington Blvd.
Pasadena, CA 91104
Telephone: (626) 795-8886
Facsimile: (626) 795-8836

CINDY N. TRAM, State Bar No. 228214
cindy@cntlawgroup.com
**CNT LAW GROUP**
680 E. Colorado Blvd., Suite 180
Pasadena, CA 91101
Telephone: (626) 788-2687
Facsimile: (626) 788-9053

*Attorneys for Plaintiff*
*Lamonte Sims AKA Duse M$*

VICTOR JIH, State Bar No. 186515
vjih@wsgr.com
RUSSELL L. KOSTELAK, State Bar No. 338449
rkostelak@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendant*
*YouTube LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE SIMS, an individual, aka Duse M$,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., at al.,<br><br>　　　　Defendants. | CASE NO.:  2:20-cv-04389-FLA (ASx)<br><br>**JOINT STATUS REPORT** |

1  Under the Court's April 19, 2022 Order (ECF No. 45), Plaintiff Lamonte
2  Sims, aka Duse M$ and Defendant YouTube, LLC (collectively, the "Parties") are
3  to provide the Court with a Joint Status Report in the above-captioned action on or
4  before May 20, 2022.
5  The Parties have reached a resolution to this above-captioned action. The
6  Parties are awaiting execution of that resolution. Upon execution, the Parties will
7  file a Notice of Dismissal with this Court.

Dated: May 20, 2022            Respectfully submitted,

By: /s/ A. Justin Lum
A. JUSTIN LUM
CINDY T. TRAM

*Attorneys for Plaintiff*
*Lamonte Sims*

By: /s/ Russell L. Kostelak
VICTOR JIH
RUSSELL L. KOSTELAK

*Attorneys for Defendant*
*YouTube LLC*

-1-
JOINT STATUS REPORT
CASE NO.: 2:20-cv-04389-FLA-AS

## ECF ATTESTATION

I, Russell L. Kostelak, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

Dated: May 20, 2022         By:   */s/ Russell L. Kostelak*
                                  Russell L. Kostelak

                                  *Attorney for Defendant YouTube, LLC*

## CERTIFICATE OF SERVICE

I, Russell Kostelak, am employed in the Los Angeles, California office of Wilson Sonsini Goodrich & Rosati P.C. I am over the age of 18 and not a party to the above-captioned action. My business address is 633 West Fifth Street, Suite 1550, Los Angeles, CA 90071. I certify that a copy of the foregoing **JOINT STATUS REPORT** was served to all parties using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Russell L. Kostelak*
Russell L. Kostelak