JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE SIMS,<br><br>      Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., et al.<br><br>      Defendants. | Case No. 2:20-cv-04389-FLA (ASx)<br><br>**ORDER DISMISSING ACTION [DKT. 46]** |

1

On May 20, 2022, Defendant YouTube LLC ("Plaintiff") filed a Joint Status Report, stating that the Parties have reached a resolution to this action and are awaiting execution of that resolution ("Status Report"). Dkt. 46 at 2. According to Defendant, the Parties will file a Notice of Dismissal with the court, upon execution of the resolution. *Id.* Having considered the Status Report and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: May 24, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge